1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   ROYCE KEVIN HOUSTON,              1:06-CV-1318 AWI WMW P

10          Plaintiff,

11      vs.                           ORDER TO SUBMIT APPLICATION
                                      TO PROCEED IN FORMA PAUPERIS
12  A. SCHWARZENEGGER,                **OR**  FILING FEE
    et al.,
13
            Defendants.
14  _____/

15          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

16  § 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma

17  pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY

18  ORDERED that:

19          1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma

20  pauperis.

21          2.  Within thirty days of the date of service of this order, plaintiff shall submit a

22  completed application to proceed in forma pauperis, or in the alternative, pay the $350 filing fee for this

23  action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

24  IT IS SO ORDERED.

25  **Dated:    September 26, 2006**          **/s/  William M. Wunderlich**
    j14hj0                              UNITED STATES MAGISTRATE JUDGE
26

27

28