IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROYCE KEVIN HOUSTON,

    Plaintiff,        1: 06 CV 01318 AWI WMW PC

  vs.                   ORDER

J. WOODFORD, et al.,

    Defendants.

On February 26, 2009, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to file a response to an earlier order. On March 2, 2009, Plaintiff filed a response to the order. Accordingly, IT IS HEREBY ORDERED that the February 26, 2009, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated:   April 3, 2009**                  /s/  William M. Wunderlich
                                         UNITED STATES MAGISTRATE JUDGE