# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYCE KEVIN HOUSTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. SCHWARZENEGGER, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-01318-AWI-WMW PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983  Plaintiff filed this action on September 5, 2006.  The Court screened Plaintiff's November 17, 2006, amended complaint pursuant to 28 U.S.C. § 1915A, and found that it states a cognizable First Amendment claim against Defendant Rosenthal.[1]  Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008).  Accordingly, it is HEREBY ORDERED that:

　　　　1.　　Service is appropriate for the following defendants:

　　　　　　　　R. ROSENTHAL

　　　　2.　　The Clerk of the Court shall send Plaintiff one USM-285 form, one summons, a

---

[1] In a Findings and Recommendations issued concurrently with this Order, the Court recommended that Plaintiff's remaining claims and the remaining defendants be dismissed.

1

| | |
|---|---|
| 1 | Notice of Submission of Documents form, an instruction sheet and a copy of the |
| 2 | complaint filed November 17, 2006. |

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

 a. Completed summons;

 b. One completed USM-285 form for each defendant listed above; and

 c. Two copies of the endorsed amended complaint filed November 17, 2006.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   April 3, 2009**          /s/  **William M. Wunderlich**
                                    UNITED STATES MAGISTRATE JUDGE