IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYCE KEVIN HOUSTON, | 1: 06 CV 01318 AWI WMW PC |
| Plaintiff, | ORDER DISMISSING DEFENDANTS |
| vs. | ORDER RE: FINDINGS & RECOMMENDATIONS (#19) |
| A. SCHWARZENEGGER, et al., | |
| Defendants. _____/ | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On April 3, 2009, findings and recommendations were entered, recommending dismissal of certain claims and defendants. Plaintiff was provided an opportunity to file objections within thirty days. Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on April

1

3, 2009, are adopted in full;

    2. Plaintiff's supervisory liability, Fourteenth Amendment Due Process, Eight Amendment and Sixth Amendment claims are dismissed;

    3. Plaintiff claims against the appeals reviewers and claims pursuant to 42 U.S.C. §§ 1981 and 1985 are dismissed;

    4. Plaintiff's claims for prospective relief are dismissed;

    5. Defendants A. Schwarzenegger, J. Woodford, A. K. Scribner, Derral Adams, Lonnia Watson, Lydia Hense, C. Gardenal, D. Ortiz, V. Yamamota, D. Sheppard-Brooks, J. Jones, Janice Stuter, Ron Rife, G. Goodard, Teresa Bruce, D. Hukill, J. Burleson, and B. Lockyer are dismissed; and

    6. This action is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   May 13, 2009**            /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE