# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYCE KEVIN HOUSTON,<br><br>        Plaintiff,<br><br>   v.<br><br>R. ROSENTHAL, et al.,<br><br>        Defendants. | CASE NO. 1:06-cv-01318-AWI-SKO PC<br><br>ORDER DISMISSING ACTION FOR FAILURE TO PAY THE FILING FEE |

Plaintiff Royce Kevin Houston ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's in forma pauperis status in ths action was revoked on February 9, 2010. (Doc. #40.) Plaintiff was ordered to pay the remaining balance of the filing fee and was explicitly warned that the failure to pay the filing fee would result in the dismissal of this action. See 28 U.S.C. § 1914(a) (setting $350.00 filing fee for civil actions). Plaintiff has not paid the remaining balance of the filing fee in this action. Accordingly, it is HEREBY ORDERED that:

    1.    This action is DISMISSED for Plaintiff's failure to pay the filing fee.; and

    2.    The Clerk is directed to close this action.

IT IS SO ORDERED.

Dated:   September 27, 2010

CHIEF UNITED STATES DISTRICT JUDGE

1